### DYER v. ELDERKIN.

The court will give interest upon a note not expressed to be on interest, under certain circumstances where equity requires it.

ACTION on a note, dated July 22d, A. D. 1779, in words following, viz.   Then received of E. Dyer, 3245 continental dollars, to procure cloathing for the continental soldiers from this state, which is delivered me for that purpose, according to the recommendation of the general assembly of this state, I being appointed by the town of 'Windham to that service. Signed, Joshua Elderkin, committee for cloathing.

The defendant took benefit of this money in his settlement with the pay table; the cause was defaulted, and heard in damages:   The court reduced the note and the indorsements upon it by the scale at their respective dates, into lawful money, and gave judgment for the balance, with the lawful interest — for the resolve of assembly is that interest shall be allowed upon money thus loaned.   This judgment was affirmed in the Supreme Court of Errors.